Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

United States Courts
Southern District of Texas
FILED
OCT 10 2025
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas
Houston Division

| | |
|---|---|
| Ezeigwe, Ogochukwu Juliet ) | Case No. _____ |
| ) | *(to be filled in by the Clerk's Office)* |
| ) | |
| *Plaintiff(s)* ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* ) | Jury Trial: *(check one)* ☐ Yes ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* ) | |
| *please write "see attached" in the space and attach an additional* ) | |
| *page with the full list of names.)* ) | |
| -v- ) | |
| ) | |
| United Stated Citizenship and Immigration Services, ) | |
| 5900 Capital Gateway, Camp Springs MD 20588 ) | |
| ) | |
| ) | |
| *Defendant(s)* ) | |
| *(Write the full name of each defendant who is being sued. If the* ) | |
| *names of all the defendants cannot fit in the space above, please* ) | |
| *write "see attached" in the space and attach an additional page* ) | |
| *with the full list of names.)* ) | |

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Ezeigwe, Ogochukwu Juliet |
   | Street Address | 2686 Murworth Drive, Apt 306 |
   | City and County | Houston and Harris County |
   | State and Zip Code | Texas 77054 |
   | Telephone Number | 4042005302 |
   | E-mail Address | Ogojuliet25@gmail.com |

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Pamela Bondi |
| Job or Title *(if known)* | Attorney General of the United States |
| Street Address | U.S Departmnet of Justice |
| City and County | 950 Pennsylvania Avenue Nw |
| State and Zip Code | Washington DC 20530-001 |
| Telephone Number | 202 514 2000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Joseph B Edlow |
| Job or Title *(if known)* | Dircetor, U.S Citizenship and Imi\migartion Services |
| Street Address | 5900 Capital Gateway Drive, Mail stop 2120 |
| City and County | Camp Springs and Prince George County |
| State and Zip Code | MD 20588-0009 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Kristi Noem |
| Job or Title *(if known)* | Secretary of the Departmnet of Homeland Security |
| Street Address | 2707 Martin Lurther King Jr Avenue SE, Mail stop 0485 |
| City and County | |
| State and Zip Code | Washington Dc 20528-0485 |
| Telephone Number | 202 282 8000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Nicholas J. Ganjei |
| Job or Title *(if known)* | Unites State Attorney for Southern District of Texas |
| Street Address | 1000 Louisiana, Ste 2300 |
| City and County | Houston, Harris County |
| State and Zip Code | Texas 77002 |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C. § 1361 - Mandamus Act, which grant federal district court juridiction to compel an officer or employee of the Us thereof to perform a duty owed to the Plantiff, 28 U.S.C. § 1331 - Federal question Juridiction and Venue is proper in this District under 28 U.S.C. § 1391(e)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

    and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiff, Ezeigwe Ogochukwu Juliet, filed Form I-485 to register for permanent residency under the Employment-Based, Alien of Extraordinary Ability (EB1A) category. The Plaintiff submitted the application on December 9, 2024, and it remains unadjudicated as of the date of this filing. The Plaintiff is seeking adjudication of her application due to prolonged delay by the USCIS, which has caused her significant financial hardship and professional loss. The delay has prevented the Plaintiff from accepting qualifying employment opportunities and has resulted in severe financial instability.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff respectfully requests that the Court issue a writ of mandamus compelling the Defendants to promptly adjudicate her pending Application to Register Permanent Residence or Adjust Status (Form I-485). The Plaintiff further requests any other relief the Court deems just and proper, as the ongoing delay continues to cause financial hardship and professional loss.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/08/2025

Signature of Plaintiff

Printed Name of Plaintiff   Ezeigwe, Ogochukwu Juliet

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address